UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**NOTICE OF DOCUMENTS NOT FILED IN RECORD**

CIVIL/CRIMINAL NO. __94-1098__

__Smith__

VERSUS

__Exxon Corporation__

ATTACHMENTS TO

__Motion for Summary Judgment__

FILED ON __1/9/03__ IN THE ABOVE CAPTIONED CASE HAVE BEEN PLACED BEHIND THE RECORD

__Nicole' Toups__
**DEPUTY CLERK**

| INITIALS | DOCKET# |
|---|---|
| mt | 37 |